FILE COPY

DATE: 5/8/2015

RE: Case No. 14-0353

COA #: 12-12-00357-CV    TC#: 2011-12-0993

STYLE: MELISSA VAN NESS, INDIVIDUALLY AND AS NEXT OF FRIEND, AN HEIR AT LAW, AND A SURVIVING PARENT OF NICHOLAS VAN NESS, RONALD VAN NESS, INDIVIDUALLY AND AS NEXT FRIEND OF, AN HEIR AT LAW, AND A SURVIVING PARENT OF NICHOLAS VAN NESS, AND ESTATE OF NICHOLAS VAN

v. ETMC FIRST PHYSICIANS & KRISTIN AULT, D.O.

Respondent/s motion for rehearing of the above referenced cause was this date filed in the Supreme Court of Texas.

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702